UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AVIS D. MILLS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:19-CV-239-HBG |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER OF REMAND UNDER SENTENCE FOUR
## OF 42 U.S.C. § 405(g)

Before the Court are the Parties' Joint Motion to for Entry of Judgment [Doc. 20] and Plaintiff's Motion for Summary Judgment [Doc. 16].

Pursuant to the power of this Court under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) and in light of the joint motion to remand this action, the Court now, upon substantive review, hereby **GRANTS** the Joint Motion for Entry of Judgment [**Doc. 20**], remanding this cause to the Commissioner according to the following terms. *See Shalala v. Schaefer,* 509 U.S. 292, 296 (1993).

Upon remand, the Appeals Council will remand the case to an ALJ pursuant to SSR 19-1p. Plaintiff will be given a full rehearing on all issues in the case.

Plaintiff's Motion for Summary Judgment [**Doc. 16**] is therefore **DENIED AS MOOT**. The Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge