UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AVIS D. MILLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-CV-239-HBG |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# JUDGMENT

For the reasons set forth in the accompanying Order of Remand, the Court finds the Joint Motion for Entry of Judgment Under Sentence Four, 42. U.S.C. § 405(g) [**Doc. 20**] is **GRANTED**. Plaintiff's Motion for Summary Judgment [**Doc. 16**] is **DENIED AS MOOT**. Accordingly, this case is remanded pursuant to sentence four of 42 U.S.C. §405(g) to the Commissioner for further proceedings consistent with the Order of Remand.

**ENTER:**

_____
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *John L. Medearis*
CLERK OF COURT